# THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SNAP LOCK INDUSTRIES, INC., a Utah corporation,

Plaintiff,

v.

SWISSTRAX CORPORATION,

Defendant.

CASE NO.: 2:17-cv-02742-RFB-NJK

**ORDER REGARDING PLAINTIFF'S *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiff Snap Lock Industries' ("Plaintiff") appeared before the Court on its *Ex Parte* Motion for Temporary Restraining Order and Preliminary Injunction against Defendant Swisstrax Corporation ("Defendant") on October 31, 2017. For the reasons state on the record at the hearing, the Court denied the Plaintiff's request for an *ex parte* temporary restraining order.

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Preliminary Injunction is set for a hearing on November 13, 2017, at 3:30 p.m. in Courtroom 7D. Defendant shall file a Response to Plaintiff's Motion by 5:00 p.m. on November 9, 2017. Plaintiff shall file supplemental papers by 5:00 p.m. on November 9, 2017 and may file a Reply to Defendant's Response by 9:00 a.m. on November 12, 2017. Both of the parties are also directed to address in their submissions the question of whether or not this case should be consolidated with the pending case between the parties in the District of Utah, Case No. 16-cv-219.

**IT IS FURTHER ORDERED** that Defendant Swisstrax Corporation shall maintain and preserve: (1) all evidence of contacts with current or prospective customers arising from the SEMA show in Las Vegas, Nevada during the week of October 30, 2017, (2) all evidence of internet sales and contacts arising from the SEMA show, and (3) all evidence of Defendant's sales or prospective sales arising from the SEMA show.

| | |
|---|---|
| 1 | **IT IS FURTHER ORDERED** that Plaintiff shall by 5:00 pm. on November 2, 2017, serve a copy of this Order on Defendant Swisstrax Corporation at the SEMA show and shall serve a copy of this Order on counsel for Defendant in the related Utah case. |

DATED this 2nd day of November, 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE