J. Stephen Peek
Nevada Bar No. 1758
Ryan A. Loosvelt
Nevada Bar No. 8550
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2544
Fax: (702) 669-4650
speek@hollandhart.com
raloosvelt@hollandhart.com

Brett L. Foster (*pro hac admission*)
Tamara L. Kapaloski (*pro hac admission*)
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
Phone: (801) 799-5800
Fax: (801) 799-5700
blfoster@hollandhart.com
tlkapaloski@hollandhart.com

*Attorneys for Plaintiff*

# THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SNAP LOCK INDUSTRIES, INC., a Utah Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SWISSTRAX CORPORATION,<br><br>Defendant. | **CASE NO.: 2:17-cv-02742-RFB-VCF**<br><br>**STIPULATION REGARDING TIME TO FILE AMENDED COMPLAINT AND RESPONSE THERETO AND PROPOSED ORDER**<br><br>**(FIRST REQUEST)** |

Plaintiff Snap Lock Industries, Inc. ("Snap Lock") and Defendant Swisstrax Corporation ("Swisstrax"), through their undersigned counsel, hereby respectfully submit this Stipulation Regarding Time To File Amended Complaint And Response Thereto. The parties have agreed to the following schedule for the filing of Snap Lock's first amended complaint and Swisstrax's response thereto:

1. Snap Lock's first amended complaint will be filed on or before December 12, 2017.

1

2. Swisstrax's response to Snap Lock's first amended complaint will be filed on or before December 29, 2017.

3. This is the first stipulation for extension of time to file the Counterclaim and Answer.

4. The stipulation is made in good faith to allow time for Snap Lock to file the amended Complaint, and thereafter Swisstrax's response. This avoids needless and duplicative filings. The stipulation is not an attempt to delay proceedings.

The parties respectfully jointly request the Court to enter an Order as set forth below.

DATED this 28th day of November, 2017.

| | |
|---|---|
| HOLLAND & HART LLP | DICKSON WRIGHT PLLC |
| /s/ Tamara L. Kapaloski | /s/ Steven A. Caloiaro |
| J. Stephen Peek | (with permission given to filing attorney) |
| Nevada Bar No. 1758 | John L. Krieger |
| Ryan A. Loosvelt | Nevada Bar No. 6023 |
| Nevada Bar No. 8550 | Steven A. Caloiaro |
| HOLLAND & HART LLP | Nevada Bar No. 12344 |
| 9555 Hillwood Drive, 2nd Floor | Christian T. Spaulding |
| Las Vegas, NV 89134 | Nevada Bar No. 14277 |
| | DICKSON WRIGHT PLLC |
| Brett L. Foster (pro hac admission) | 8363 West Sunset Road, Suite 200 |
| Tamara L. Kapaloski (pro hac admission) | Las Vegas, NV 89113 |
| HOLLAND & HART LLP | |
| 222 South Main Street, Suite 2200 | |
| Salt Lake City, UT 84101 | *Attorneys for Defendant* |
| | |
| *Attorneys for Plaintiff* | |

**ORDER**

IT IS SO ORDERED.

Dated: __December 6__, 2017

_____
Hon. Peggy A. Leen
United States District Judge

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of November, 2017, I electronically filed a true and correct copy of the foregoing **STIPULATED MOTION REGARDING TIME TO FILE AMENDED COMPLAINT AND RESPONSE THERETO** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Tamara L. Kapaloski*
Tamara L. Kapaloski

10460123_1

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

3