J. Stephen Peek
Nevada Bar No. 1758
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2544
Fax: (702) 669-4650
speek@hollandhart.com
raloosvelt@hollandhart.com

Brett L. Foster (pro hac vice admission)
Tamara L. Kapaloski (pro hac vice admission)
DORSEY & WHITNEY LLP
111 S. Main Street Suite 2100
Salt Lake City, UT 84111-2176
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
foster.brett@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Snap Lock Industries, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SNAP LOCK INDUSTRIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SWISSTRAX CORPORATION, <br><br> Defendant. | Case No. 2:17-cv-02742-RFB-PAL <br><br> **JOINT MOTION AND STIPULATION TO AMEND DISCOVERY PLAN AND SCHEDULING ORDER** <br> **(SECOND REQUEST)** |

Pursuant to Local Rule 26-4 and Local Rule IA 6-1, Plaintiff Snap Lock Industries, Inc. ("Snap Lock") and Defendant Swisstrax Corporation ("Swisstrax") hereby respectfully jointly move this Court for an entry of an Amended Discovery Plan And Scheduling Order.

1.  On May 8, 2018, the Court entered a Discovery Plan and Scheduling Order (the "Scheduling Order") in this case, which set several case deadlines. *See* ECF No. 59. The Scheduling Order scheduled the discovery deadline on September 10, 2018, the dispositive motions deadline on October 10, 2018, and the deadline for filing the joint pretrial order on November 9, 2018. *See id*.

2. In conformance with LR 26-1, the Scheduling Order provided that the last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2) was July 11, 2018, and the last date to disclose rebuttal experts was August 10, 2018. *See* ECF No. 59.

3. On May 18, 2018, the parties jointly requested that the discovery cutoff, dispositive motion deadline, and date for filing the joint pretrial order each be extended by approximately five weeks. *See* ECF No. 61.

4. On May 22, 2018, the Court entered an Order extending the discovery cutoff, dispositive motion, and date for filing the joint pretrial order as requested in the parties' motion. *See* ECF No. 62.

5. Due to extraordinary circumstances relating to both the parties and counsel, no discovery has been completed in this action to date, beyond the disclosures provided in the parties' briefings on the pending motion for preliminary injunction and in the parties' initial disclosures.

6. To provide the parties sufficient time to conduct written discovery and depositions prior to the deadline for filing expert disclosures under Rule 26(a)(2), and to conform the Scheduling Order with LR 26-1, which provides that the deadline for expert disclosures be 60 days prior to the discovery cut-off and that rebuttal-expert disclosures be made 30 days after the initial disclosure of experts, both parties hereby jointly request the Court to modify the deadlines in the Scheduling Order such that the last date to disclose experts pursuant to FRCP 26(a)(2) be extended from July 11, 2018 to August 20, 2018 and the last date to disclose rebuttal experts be extended from August 10, 2018 to September 28, 2018.

7. This is the first request for an extension of these deadlines.

8. Good cause exists for this request. No written discovery or depositions have been completed to date and modifying the deadlines for expert disclosures will permit the parties to take discovery in this action in order to properly evaluate the issues in the case and prepare thorough expert reports. This request will also conform the Scheduling Order in this case to LR 26-1. No party will be prejudiced by the extension requested.

9. For these reasons, the parties respectfully request that the Court grant this Joint Motion and extend the deadlines in the Scheduling Order as follows:

| Deadline | Existing Date per Scheduling Order (ECF No. 59) | Proposed New Date |
|---|---|---|
| Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2) | July 11, 2018 | August 20, 2018 |
| Last date to disclose rebuttal experts | August 10, 2018 | September 28, 2018 |

10. The parties propose that all other deadlines remain as set in the current Scheduling Order.

Dated this 10th day of July, 2018.

DORSEY & WHITNEY LLP

*/s/ Tamara L. Kapaloski*
Brett L. Foster
Tamara L. Kapaloski
Dorsey & Whitney, LLP
111 South Main Street, Suite 2100
Salt Lake City, UT 84111-2176
Telephone: 801-933-4082
Email: foster.brett@dorsey.com
Email: kapaloski.tammy@dorsey.com

DICKINSON WRIGHT PLLC

*/s/ Steven A. Caloiaro*
John L. Krieger
Steven A. Caloiaro
8363 West Sunset Road, Suite 200
Las Vegas, NV 89113
Email: jkriger@dickinson-wright.com
Email: scaloiaro@dickinson-wright.com

**ORDER**

IT IS SO ORDERED:

_____
Hon. Peggy A. Leen
United States Magistrate Judge

DATED: July 12, 2018

3