J. Stephen Peek
Nevada Bar No. 1758
Ryan A. Loosvelt
Nevada Bar No. 8550
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2544
Fax: (702) 669-4650
speek@hollandhart.com
raloosvelt@hollandhart.com

Brett L. Foster (*pro hac admission*)
Tamara L. Kapaloski (*pro hac admission*)
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
Phone: (801) 799-5800
Fax: (801) 799-5700
blfoster@hollandhart.com
tlkapaloski@hollandhart.com

*Attorneys for Plaintiff*

# THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SNAP LOCK INDUSTRIES, INC., a Utah Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SWISSTRAX CORPORATION,<br><br>Defendant. | **CASE NO.: 2:17-cv-02742-RFB-NJK**<br><br>**STIPULATION REGARDING EVIDENTIARY HEARING** |

Plaintiff Snap Lock Industries, Inc. ("Snap Lock") and Defendant Swisstrax Corporation ("Swisstrax") (collectively, "the Parties"), through their undersigned counsel, hereby respectfully submit this Stipulation concerning scheduling of an evidentiary hearing on Snap Lock's Motion for Preliminary Injunction, and concerning the continuance of the Interim Stipulation (ECF. 20), pending the Court's Order on that Motion.

By way of background, the Court held a hearing on Snap Lock's Motion for Preliminary Injunction on December 18, 2017. The Court heard argument from the Parties on the trademark

1

infringement component of Snap Lock's Motion, and indicated that a ruling on that aspect of Snap Lock's Motion would be forthcoming. The Court indicated that it would hold an evidentiary hearing related to the false advertising component of Snap Lock's Motion. The Court directed the Parties to agree on a date for an evidentiary hearing and to contact the courtroom deputy to schedule the date. *See* ECF No. 42.

Before the holidays, the parties submitted three days to the Court on which the parties and the witnesses were available,[1] and advised the Court telephonically of the potential availability of those dates. However, immediately after the holidays, an unavoidable and important business conflict arose for Jorgen Moller, Snap Lock's CEO, who has submitted two declarations supporting Snap Lock's Motion.[2] Mr. Moller will be out of the country attending to critical business on the dates to which the parties had previously agreed. Swisstrax's counsel has indicated that it expects to cross-examine Mr. Moller at the evidentiary hearing, and would prefer to have the evidentiary hearing when all of the parties are available. However, Snap Lock has a 2-3 week jury trial in Nashville, Tennessee that will have Snap Lock's lead trial counsel (Brett L. Foster and Tamara Kapaloski) in Nashville from mid-February through the first week of March.

After meeting and conferring in regard to this matter, the Parties stipulated that they are available for an evidentiary hearing in this case currently any time on the following dates: March 12-16, 19, 20, 21 2018, or convenient dates for the Court thereafter. The Parties would prefer to avoid either Monday (March 12th and 19th) to enable them to have witnesses travel and prepare for the evidentiary hearing.

///

///

///

///

---

[1] The dates were January 23, 24, and 25, 2018.

[2] In addition, Tammy Kapaloski's father unexpectedly passed away on Sunday morning, January 7, 2018. She is one of Snap Lock's lead attorneys. For the immediate future, she will be tending to her family's needs.

2

Given the length of time between the filing of the Motion and these dates for the evidentiary hearing, the Parties hereby stipulate to have the Interim Stipulation (ECF 20) continue to apply pending the Court's orders on Snap Lock's pending Motion for Preliminary Injunction.

DATED this 10th day of January, 2018.

| HOLLAND & HART LLP | DICKSON WRIGHT PLLC |
|---|---|
| */s/ Brett L. Foster* <br> J. Stephen Peek <br> Nevada Bar No. 1758 <br> Ryan A. Loosvelt <br> Nevada Bar No. 8550 <br> HOLLAND & HART LLP <br> 9555 Hillwood Drive, 2nd Floor <br> Las Vegas, NV  89134 <br><br> Brett L. Foster (*pro hac admission*) <br> Tamara L. Kapaloski (*pro hac admission*) <br> HOLLAND & HART LLP <br> 222 South Main Street, Suite 2200 <br> Salt Lake City, UT  84101 <br><br> *Attorneys for Plaintiff* | */s/ Steven A. Caloiaro* <br> *(with permission given to filing attorney)* <br> John L. Krieger <br> Nevada Bar No. 6023 <br> Steven A. Caloiaro <br> Nevada Bar No. 12344 <br> DICKSON WRIGHT PLLC <br> 8363 West Sunset Road, Suite 200 <br> Las Vegas, NV  89113 <br><br> *Attorneys for Defendant* |

## ORDER

IT IS SO ORDERED and this matter is set for an evidentiary hearing on September 10, 2018 at 9:30 AM, in LV Courtroom 7C. .

DATED this 31st day of August, 2018.



RICHARD F. BOULWARE, II
United States District Judge

3