**DICKINSON WRIGHT PLLC**
John L. Krieger
Nevada Bar No. 6023
Email: jkrieger@dickinson-wright.com
Steven A. Caloiaro
Nevada Bar No. 12344
Email: scaloiaro@dickinson-wright.com
Christian T. Spaulding
Nevada Bar No. 14277
Email: cspaulding@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
*Attorneys for Defendant/Counter-Claimant*
*Swisstrax Corporation*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SNAP LOCK INDUSTRIES, INC. a Utah corporation, | Case No: 2:17-cv-02742-RFB-PAL |
| Plaintiff/Counter-Defendant, | **JOINT STIPULATION AND ORDER TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINE** |
| vs. | |
| SWISSTRAX CORPORATION., a California corporation, | |
| Defendant/Counter-Claimant | |
| AND ALL RELATED MATTERS. | |

Defendant Swisstrax Corporation ("Swisstrax") and Plaintiff Snap Lock Industries, Inc. ("Snap Lock") (collectively, "Parties"), through their undersigned counsel, hereby respectfully jointly submit this Stipulation to Extend the Expert Witness Disclosure Deadline, and state as follows:

1. The parties have completed factual discovery in this case. However, during depositions, a Snap Lock Rule 30(b)(6) designee agreed to provide certain information in order to provide clarity to documentation produced, and Snap Lock has now provided that information. Swisstrax claims that this information is critical to its expert testimony, and requested additional time to serve expert reports. After meeting and conferring, the parties that it is prudent to extend



1

the expert disclosure deadline by one (1) week.

2. Disclosure of expert witnesses is currently scheduled for December 28, 2018. The Parties respectfully request to move the deadline one (1) week to **January 4, 2019**.

Good cause exists and the Parties are not seeking the extension for purposes of undue delay.

Dated this 21st day of December 2018

| DICKINSON WRIGHT PLLC | DORSEY & WHITNEY LLP |
|---|---|
| __/s/John L. Krieger_____ | ___/s/Brett L. Foster_____ |
| John L. Krieger | Brett L. Foster |
| Steven A. Caloiaro | Tamara L. Kapaloski |
| Christian T. Spaulding | Dorsey & Whitney, LLP |
| 8363 West Sunset Road, Suite 200 | 111 South Main Street, Suite 2100 |
| Las Vegas, NV 89113 | Salt Lake City, UT 84111-2176 |
| Email: jkriger@dickinson-wright.com | Email: foster.brett@dorsey.com |
| Email: scaloiaro@dickinson-wright.com | Email: kapaloski.tammy@dorsey.com |
| Email: cspaulding@dickinson-wright.com | |

**IT IS SO ORDERED:**

_____
Hon. Peggy A. Leen
United States Magistrate Judge

DATED: December 28, 2018

2