J. Stephen Peek
Nevada Bar No. 1758
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2544
Fax: (702) 669-4650
speek@hollandhart.com
raloosvelt@hollandhart.com

Brett L. Foster (pro hac vice admission)
Tamara L. Kapaloski (pro hac vice admission)
DORSEY & WHITNEY LLP
111 S. Main Street Suite 2100
Salt Lake City, UT 84111-2176
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
foster.brett@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Snap Lock Industries, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **SNAP LOCK INDUSTRIES, INC.**, <br><br>Plaintiff, <br><br>vs. <br><br>**SWISSTRAX CORPORATION**, <br><br>Defendant. | Case No. 2:17-cv-02742-RFB-PAL <br><br>**JOINT STIPULATED MOTION TO STAY CASE DEADLINES PENDING MEDIATION AND ORDER** <br><br>**(SECOND REQUEST)** |

Plaintiff Snap Lock Industries, Inc. ("Snap Lock") and Defendant Swisstrax Corporation ("Swisstrax") (collectively, "Parties"), through their undersigned counsel, hereby respectfully jointly submit this Joint Stipulated Motion to Stay Case Deadlines Pending Mediation, and state as follows:

1. On March 8, 2017, the Parties filed a Joint Stipulated Motion to Stay Case Deadlines Pending Settlement Discussions (the "Stay Motion") (ECF No. 116), advising the Court that the Parties have agreed to engage in a settlement conference or mediation in an attempt to resolve this dispute, and that they anticipated that the conference or mediation would be completed by May 6, 2019. The Parties requested that the Court stay all case deadlines until after the settlement conference or mediation

4852-8165-9528\1

in order to preserve resources of the Court and the Parties in the event that the settlement negotiations dispose of the dispute.

2.  On March 14, 2019, the Court entered an order granting the Stay Motion. *See* ECF No. 119.

3.  Although the Parties subsequently agreed on a mediator and secured a mediation date, the mediation will not be concluded by May 6, 2019, as previously contemplated.  The mediation is scheduled for June 7, 2019.  As such, the Parties respectfully request that the stay of case deadlines be extended to June 14, 2019, to allow the Parties to dedicate their efforts to the potential settlement of this dispute, and to preserve judicial and party resources in the event that settlement negotiations dispose of the case. The Parties also request that a status conference regarding case deadlines be scheduled for as soon as possible after June 14, 2019, so that case scheduling may be resumed in the event the Parties are unable to resolve their dispute.

4.  The Parties do not currently have a trial date.

5.  Good cause exists for this request.  Staying the case deadlines will preserve the resources of both the Court and the parties in the event that the ongoing settlement negotiations dispose of this dispute.  The Parties are not seeking the extensions for purposes of undue delay.

Dated this 27th day of March, 2019.

| DORSEY & WHITNEY LLP | DICKINSON WRIGHT PLLC |
|---|---|
| */s/ Tamara L. Kapaloski* <br> Brett L. Foster <br> Tamara L. Kapaloski <br> Dorsey & Whitney, LLP <br> 111 South Main Street, Suite 2100 <br> Salt Lake City, UT 84111-2176 <br> Email:  foster.brett@dorsey.com <br> Email:  kapaloski.tammy@dorsey.com | */s/  Steven A. Caloiaro* <br> John L. Krieger <br> Steven A. Caloiaro <br> Christian T. Spaulding <br> 8363 West Sunset Road, Suite 200 <br> Las Vegas, NV 89113 <br> Email: jkriger@dickinson-wright.com <br> Email: scaloiaro@dickinson-wright.com <br> Email: cspaulding@dickinson-wright.com |

2

| | |
|---|---|
| 1 | |
| 2 | **IT IS SO ORDERED.** |
| 3 | **IT IS FURTHER ORDERED:** A status check and scheduling hearing is set for June 25, 2019, at 9:00 AM, before the assigned magistrate judge. |
| 4 | |
| 5 | |
| 6 | |
| 7 | _____<br>Hon. Peggy A. Leen<br>United States Magistrate Judge |
| 8 | |
| 9 | DATED: April 1, 2019 |

3