J. Stephen Peek
Nevada Bar No. 1758
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2544
Fax: (702) 669-4650
speek@hollandhart.com
raloosvelt@hollandhart.com

Brett L. Foster (pro hac vice admission)
Tamara L. Kapaloski (pro hac vice admission)
DORSEY & WHITNEY LLP
111 S. Main Street Suite 2100
Salt Lake City, UT 84111-2176
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
foster.brett@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Snap Lock Industries, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **SNAP LOCK INDUSTRIES, INC.**, <br><br> Plaintiff, <br><br> vs. <br><br> **SWISSTRAX CORPORATION**, <br><br> Defendant. | Case No. 2:17-cv-02742-RFB-BNW <br><br> **JOINT STIPULATED MOTION TO STAY CASE DEADLINES PENDING SETTLEMENT DISCUSSIONS AND [PROPOSED] ORDER** <br><br> **(THIRD REQUEST)** |

Plaintiff Snap Lock Industries, Inc. ("Snap Lock") and Defendant Swisstrax Corporation ("Swisstrax") (collectively, "Parties"), through their undersigned counsel, hereby respectfully jointly submit this Joint Stipulated Motion to Stay Case Deadlines Pending Settlement Discussions, and state as follows:

1. On March 8, 2017, the Parties filed a Joint Stipulated Motion to Stay Case Deadlines Pending Settlement Discussions (the "Stay Motion") (ECF No. 116), advising the Court that the Parties have agreed to engage in a settlement conference or mediation in an attempt to resolve this dispute, and that they anticipated that the conference or mediation would be completed by May 6, 2019. The

4852-8165-9528\1

Parties requested that the Court stay all case deadlines until after the settlement conference or mediation in order to preserve resources of the Court and the Parties in the event that the settlement negotiations dispose of the dispute.

2. On March 14, 2019, the Court entered an order granting the Stay Motion. *See* ECF No. 119.

3. Although the Parties subsequently agreed on a mediator, they were not able to secure a mediation date prior to the May 6, 2019, deadline, as previously contemplated. As a result, on March 27, 2019, the parties filed their Joint Stipulated Motion to Stay Case Deadlines Pending Mediation ("Second Stay Motion"). *See* ECF No. 121.

4. On April 1, 2019, the Court entered an order granting the Second Stay Motion, and scheduled a status check for June 25, 2019, at 9:00 a.m. *See* ECF No. 123.

5. On June 7, 2019, the Parties participated in a mediation before the Honorable Judge Pro (Ret.) in Las Vegas, Nevada. Although the Parties were unable to resolve their dispute during the June 7 mediation, settlement discussions are ongoing and the Parties are currently actively involved in attempting to resolve the dispute.

6. As such, the Parties respectfully request that the stay of case deadlines be extended to the week of July 29, 2019, or to the Court's earliest convenience after that time, to allow the Parties to dedicate their efforts to the potential settlement of this dispute. The Parties also request that the June 25, 2019, status check be taken off calendar and rescheduled to the week of July 29, 2019, or to the Court's earliest convenience after that time. The Parties submit that this request will preserve judicial and party resources in the event that settlement negotiations dispose of the case.

7. The Parties do not currently have a trial date.

///
///
///
///
///
///

4852-8165-9528\1

8. Good cause exists for this request. Staying the case deadlines will preserve the resources of both the Court and the Parties in the event that the ongoing settlement negotiations dispose of this dispute. The Parties are not seeking the extensions for purposes of undue delay.

Dated this 20th day of June, 2019.

| DORSEY & WHITNEY LLP | DICKINSON WRIGHT PLLC |
|---|---|
| */s/ Tamara L. Kapaloski* <br> Brett L. Foster <br> Tamara L. Kapaloski <br> Dorsey & Whitney, LLP <br> 111 South Main Street, Suite 2100 <br> Salt Lake City, UT 84111-2176 <br> Email: foster.brett@dorsey.com <br> Email: kapaloski.tammy@dorsey.com | */s/ Steven A. Caloiaro* <br> John L. Krieger <br> Steven A. Caloiaro <br> Christian T. Spaulding <br> 8363 West Sunset Road, Suite 200 <br> Las Vegas, NV 89113 <br> Email: jkriger@dickinson-wright.com <br> Email: scaloiaro@dickinson-wright.com <br> Email: cspaulding@dickinson-wright.com |

**IT IS SO ORDERED.**
**IT IS FURTHER ORDERED** that the status check currently set for June 25, 2019 is **VACATED** and **CONTINUED** to 9:00 a.m. July 29, 2019.

_____
Hon. Brenda Weksler
United States Magistrate Judge

DATED: June 20, 2019

3
4852-8165-9528\1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of June, 2019, the foregoing **JOINT STIPULATED MOTION TO STAY CASE DEADLINES PENDING SETTLEMENT DISCUSSIONS [PROPOSED] ORDER** was served via e-mail upon the following:

J. Stephen Peek
Nevada Bar No. 1758
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV  89134
Phone: (702) 222-2544
Fax: (702) 669-4650
speek@hollandhart.com

*Attorneys for Plaintiff Snap Lock Industries, Inc.*

John L. Krieger
Steven A. Caloiaro
Christian T. Spaulding
DICKINSON WRIGHT PLLC
8363 West Sunset Road, Suite 200
Las Vegas, NV  89113-2210
jkrieger@dickinson-wright.com
scaloiaro@dickinsonwright.com
cspaulding@ dickinsonwright.com

*Attorneys for Defendant Swisstrax Corporation*

/s/ Tamara L. Kapaloski

4852-8165-9528\1