J. Stephen Peek
Nevada Bar No. 1758
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2544
Fax: (702) 669-4650
speek@hollandhart.com
raloosvelt@hollandhart.com

Brett L. Foster (pro hac vice admission)
Tamara L. Kapaloski (pro hac vice admission)
DORSEY & WHITNEY LLP
111 S. Main Street Suite 2100
Salt Lake City, UT 84111-2176
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
foster.brett@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Snap Lock Industries, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **SNAP LOCK INDUSTRIES, INC.**, <br><br>Plaintiff, <br><br>vs. <br><br>**SWISSTRAX CORPORATION**, <br><br>Defendant. | Case No. 2:17-cv-02742-RFB-BNW <br><br>**UNOPPOSED MOTION TO RESCHEDULE OCTOBER 31, 2019 HEARING AND [PROPOSED] ORDER** <br><br>**(FIRST REQUEST)** |

Plaintiff Snap Lock Industries, Inc. ("Snap Lock") and Defendant Swisstrax Corporation ("Swisstrax") (collectively, "Parties"), through their undersigned counsel, hereby respectfully jointly submit this Stipulated Request to Reschedule October 31, 2019 Hearing, and state as follows:

1. On October 8, 2019, the Court entered a Minute Order in Chambers, indicating that due to scheduling conflicts, a hearing previously scheduled for October 15, 2019 at 10:00 a.m. is rescheduled to October 31, 2019 at 3:30 p.m. *See* ECF No. 130.

2. Due to previously scheduled commitments that fall on October 31, 2019, counsel for Snap Lock respectfully requests that the October 31, 2019, hearing be rescheduled to the Court's next

4852-8165-9528\1

available date. With the exception of November 21-22, Plaintiff's counsel is available for the hearing any day in November.

  3. Counsel for Swisstrax Corporation does not oppose this request.

  4. As such, the parties respectfully request that the hearing currently scheduled for October 31, 2019, at 3:30 p.m. be rescheduled to the Court's next available date after that time.

  5. The Parties do not currently have a trial date.

  6. Good cause exists for this request. The Parties are not seeking the continuance for purposes of undue delay.

Dated this 9th day of October, 2019.

| DORSEY & WHITNEY LLP | DICKINSON WRIGHT PLLC |
|---|---|
| /s/ Tamara L. Kapaloski | /s/ Steven A. Caloiaro |
| Brett L. Foster | John L. Krieger |
| Tamara L. Kapaloski | Steven A. Caloiaro |
| Dorsey & Whitney, LLP | Christian T. Spaulding |
| 111 South Main Street, Suite 2100 | 8363 West Sunset Road, Suite 200 |
| Salt Lake City, UT 84111-2176 | Las Vegas, NV 89113 |
| Email: foster.brett@dorsey.com | Email: jkriger@dickinson-wright.com |
| Email: kapaloski.tammy@dorsey.com | Email: scaloiaro@dickinson-wright.com |
| | Email: cspaulding@dickinson-wright.com |

IT IS ORDERED that the unopposed motion (ECF No. 131) is GRANTED. The hearing is reset for November 14, 2019, at 3:30 p.m. in courtroom 3B.

_____
Hon. Brenda Weksler
United States Magistrate Judge

DATED: October 16, 2019

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of October, 2019, the foregoing **UNOPPOSED MOTION TO RESCHEDULE OCTOBER 31, 2019 HEARING AND [PROPOSED] ORDER** was served to all counsel of record via the Court's CM/ECF system.

*/s/ Tamara L. Kapaloski*

3

4852-8165-9528\1