J. Stephen Peek
Nevada Bar No. 1758
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2544
Fax: (702) 669-4650
speek@hollandhart.com
raloosvelt@hollandhart.com

Brett L. Foster (pro hac vice admission)
Tamara L. Kapaloski (pro hac vice admission)
DORSEY & WHITNEY LLP
111 S. Main Street Suite 2100
Salt Lake City, UT 84111-2176
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
foster.brett@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Snap Lock Industries, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **SNAP LOCK INDUSTRIES, INC.**, <br><br> Plaintiff, <br><br> vs. <br><br> **SWISSTRAX CORPORATION**, <br><br> Defendant. | Case No. 2:17-cv-02742-RFB-BNW <br><br> **UNOPPOSED MOTION TO HEAR PLAINTIFF'S MOTION REQUESTING REDACTION OF TRANSCRIPT AT THE NOVEMBER 14, 2019 HEARING** <br><br> **(FIRST REQUEST)** |

Plaintiff Snap Lock Industries, Inc. ("Snap Lock"), through its undersigned counsel, hereby respectfully submits this Unopposed Motion to Hear Plaintiff's Motion Requesting Redaction of Transcript at the November 14, 2019, Hearing.

1. On October 5, 2018, Snap Lock filed Plaintiff's Motion Requesting Redaction of Transcript of December 18, 2017, Hearing ("Redaction Motion"). *See* ECF No. 83.

2. The Redaction Motion has not been ruled upon.

3. On March 8, 2019, the parties filed a Joint Stipulated Motion to Stay Case Deadlines Pending Settlement Discussions. *See* ECF No. 116.

4852-8165-9528\1

4. In response to the Join Stipulated Motion to Stay Case Deadlines Pending Settlement Discussions, on March 14, 2019, the Court entered an Order deeming several motions, including the Redaction Motion, as withdrawn, without prejudice to requesting reinstatement if the case was not resolved via mediation. *See* ECF No. 122.

5. At an August 1, 2019, Status Conference, the parties advised the Court that settlement discussions were ongoing, but requested that the motions previously taken off calendar be rescheduled for hearing. *See* ECF No. 128. The Court set a further status conference for September 3, 2019, and rescheduled the previously withdrawn motions for hearing on October 15, 2019. *See id.*

6. At the September 3, 2019, Status Conference, the Court indicated that if Plaintiff wished to have Plaintiff's Redaction Motion heard at the upcoming October 15, 2019, hearing related to discovery motions, Plaintiff needed to so request. *See* ECF No. 129.

7. On October 8, 2019, the Court entered an Order rescheduling the October 15, 2019, hearing to October 31, 2019, due to scheduling conflicts. *See* ECF No. 130.

8. On October 9, 2019, Snap Lock filed an unopposed motion to continue the October 31, 2019, hearing. *See* ECF No. 131.

9. On October 16, 2019, the Court entered an Order rescheduling the October 31, 2019, hearing for November 14, 2019. *See* ECF No. 134.

10. Pursuant to the Court's direction at the September 3, 2019, Status Conference, Snap Lock hereby respectfully requests that the Redaction Motion be heard at the November 14, 2019 hearing.

11. Counsel for Swisstrax Corporation does not oppose this request.

12. The Parties do not currently have a trial date.

13. Good cause exists for this request. The Parties are not seeking the continuance for purposes of undue delay.

//
//
//
//

**IT IS SO ORDERED**

**DATED:** 10/29/19

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

Dated this 28th day of October, 2019.

DORSEY & WHITNEY LLP

*/s/ Tamara L. Kapaloski*
Brett L. Foster
Tamara L. Kapaloski
Dorsey & Whitney, LLP
111 South Main Street, Suite 2100
Salt Lake City, UT 84111-2176
Email: foster.brett@dorsey.com
Email: kapaloski.tammy@dorsey.com

4852-8165-9528\1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of October, 2019, the foregoing document was served to all counsel of record via the Court's CM/ECF system.

/s/ Tamara L. Kapaloski

4

4852-8165-9528\1