**DICKINSON WRIGHT PLLC**
John L. Krieger
Nevada Bar No. 6023
Email: jkrieger@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400

Steven A. Caloiaro
Nevada Bar No. 12344
Email: scaloiaro@dickinson-wright.com
100 West Liberty Street, Suite 940
Reno, NV 89501
Tel: (775) 343-7500

*Attorneys for Defendant/Counter-Claimant*
*Swisstrax Corporation*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SNAP LOCK INDUSTRIES, INC. a Utah corporation,<br><br>Plaintiff/Counter-Defendant,<br><br>vs.<br><br>SWISSTRAX CORPORATION., a California corporation,<br><br>Defendant/Counter-Claimant | Case No: 2:17-cv-02742-RFB-PAL<br><br><br><br>**UNOPPOSED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR DEFENDANT TO FILE OBJECTIONS TO ORDER AND FOR PLAINTIFF'S RESPONSE**<br>**(First Request)** |
| AND ALL RELATED MATTERS. | |

Pursuant to LR IA 6-1, Defendant Swisstrax Corporation ("Swisstrax"), through its counsel of record, Dickinson Wright PLLC, hereby moves this Court for an Order extending the fourteen-day deadline for objections to the Order that the Court issued on December 20, 2019 (ECF No. 143), and the fourteen-day deadline for any reply by Snap Lock Industries, Inc. ("Snap Lock") to such objections, as set forth below. Objections to the Order (ECF No. 143) are currently due on or before January 3, 2020. Swisstrax respectfully requests that the deadline for all objections be extended to January 10, 2020, and the deadline for any response by Snap Lock


DICKINSON WRIGHT
ATTORNEYS AT LAW

be extended to January 24, 2020.

The Court held a hearing on December 18, 2019 wherein the Court heard argument regarding Snap Lock's Motion for Protective Order (ECF No. 92) and Swisstrax's Motion to Compel (ECF No. 102). The Court entered a Minute Order on December 20, 2019, wherein the Court ordered, *inter alia*, that Snap Lock's Motion for Protective Order (ECF No. 92) is granted, and Swisstrax's Motion to Compel (ECF No. 102) is denied. (*See* ECF No. 143.) The Minute Order provided that "The Court makes findings as to both rulings in open court." (ECF No. 143.)

Swisstrax intends to file objections to the Court's Minute Order (ECF No. 143) and, in furtherance, immediately ordered transcripts of the proceedings. Due to the Christmas holiday, Swisstrax did not receive the transcripts until Monday, December 30, 2019. Due to the extended time needed for Swisstrax to obtain the transcripts of the December 18, 2019 Motion hearing, and the intervening Christmas and New Year's holidays, Swisstrax requests the proposed adjustments so Swisstrax may adequately prepare its Objections pursuant to Local Rule IB 3-1, and so Snap Lock may prepare any Responses to the same. Undersigned counsel discussed the foregoing Motion with opposing counsel, and opposing counsel indicated that it would not oppose this Motion. This is the first request for an extension of time to file objections to the Order (ECF No. 143). This Motion is filed in good faith and not for the purpose of delay, but to allow counsel sufficient time to review the transcript in order to draft the objection.

DATED this 2nd day of January, 2020.

**DICKINSON WRIGHT PLLC**

*/s/ _/Steven A. Caloiaro_____*
Steven A. Caloiaro
100 W. Liberty Sreet, Suite 940
Reno, NV 89523
Email: scaloiaro@dickinson-wright.com

## **ORDER**

Based on the foregoing Unopposed Motion, and good cause appearing, IT IS HEREBY ORDERED that the fourteen-day deadlines pursuant to Local Rules IB 3-1(a) for objections to



the Court's December 20, 2019 Order, and for any response by Snap Lock, are extended as follows: any objections to the Order are due on or before January 10, 2020, and any response to any such objections is due on or before January 24, 2020.

IT IS SO ORDERED.

DATED: 1/3/20

_____

Hon. Brenda Weksler
United States Magistrate Judge