J. Stephen Peek
Nevada Bar No. 1758
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2544
Fax: (702) 669-4650
speek@hollandhart.com
raloosvelt@hollandhart.com

Brett L. Foster (pro hac vice admission)
Tamara L. Kapaloski (pro hac vice admission)
DORSEY & WHITNEY LLP
111 S. Main Street Suite 2100
Salt Lake City, UT 84111-2176
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
foster.brett@dorsey.com
kapaloski.tammy@dorsey.com

*Attorneys for Plaintiff Snap Lock Industries, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **SNAP LOCK INDUSTRIES, INC.**, <br><br> Plaintiff, <br><br> vs. <br><br> **SWISSTRAX CORPORATION**, <br><br> Defendant. | Case No. 2:17-cv-02742-RFB-BNW <br><br> **STIPULATION FOR EXTENSION OF CASE MANAGEMENT DEADLINES FOR CONDUCTING DEPOSITIONS** <br><br> **(SECOND REQUEST)** |

Plaintiff Snap Lock Industries, Inc. ("Snap Lock") and Defendant Swisstrax Corporation ("Swisstrax") (collectively, "Parties"), through their undersigned counsel, hereby stipulate and agree to extend certain case management deadlines, as set forth more fully below.

1. Although the parties scheduled all expert depositions in this case prior to the March 13, 2020, deadline for conducting expert discovery, and completed two expert depositions prior to the deadline, based on travel restrictions in effect due to the Covid-19 pandemic and the parties' and expert witnesses' concern regarding travel, the parties agreed to continue the depositions and requested an additional 45 days to complete expert discovery. *See* ECF No. 152.

4852-8165-9528\1

2. On March 13, 2020, the Court granted the Parties' Stipulation and extended certain case management deadlines, including extending the last day to complete expert discovery to April 27, 2020. *See* ECF No. 153.

3. Unfortunately, since that time, the restrictions and concerns regarding the Covid-19 pandemic have only intensified and the states where the expert witnesses and counsel for the parties reside are all under stay-at-home directives or mandatory stay-at-home orders. In addition, some of the expert witnesses lack technology for video-conferencing, making preparing for and taking remote depositions difficult. Moreover, if certain of the experts are required to travel for depositions, they may be in violation of State executive orders. Due to these restrictions, and the parties' and witnesses' concern regarding the virus, the parties hereby request an additional sixty (60) days to complete expert discovery. The parties are working together to reschedule the four remaining expert depositions within the newly extended expert discovery deadline. The parties also agree to extend the dispositive motion deadline and the date to file the joint pretrial order to maintain the timing of the deadlines following the close of expert discovery. Accordingly, the parties respectfully request that the Court enter an Order regarding case deadlines as follows:

| DEADLINE | CURRENT DATE | PROPOSED DATE |
| --- | --- | --- |
| Last day to complete expert discovery | April 27, 2020 | June 26, 2020 |
| Dispositive motion deadline | May 27, 2020 | July 27, 2020 |
| Date to file joint pretrial order | June 29, 2020 | August 26, 2020 |

4. The Parties do not currently have a trial date. Good cause exists for this request. The Parties are not seeking the continuance for purposes of undue delay.

5. Pursuant to the initial Scheduling Order in this case (ECF No. 59), in the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision on the dispositive motions. In addition, the disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order (*id*.).

Dated this 7th day of April, 2020.

| | |
|---|---|
| DORSEY & WHITNEY LLP | DICKINSON WRIGHT PLLC |
| */s/ Tamara L. Kapaloski* | */s/ John L. Krieger* |
| Brett L. Foster | John L. Krieger |
| Tamara L. Kapaloski | Steven A. Caloiaro |
| Dorsey & Whitney, LLP | 8363 West Sunset Road, Suite 200 |
| 111 South Main Street, Suite 2100 | Las Vegas, NV 89113 |
| Salt Lake City, UT 84111-2176 | Email: jkriger@dickinson-wright.com |
| Email: foster.brett@dorsey.com | Email: scaloiaro@dickinson-wright.com |
| Email: kapaloski.tammy@dorsey.com | |

**IT IS SO ORDERED:**

_____
Hon. Brenda Weksler
United States Magistrate Judge

DATED: 4/8/2020

3

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of April, 2020, the foregoing **STIPULATION FOR EXTENSION OF CASE MANAGEMENT DEADLINES FOR CONDUCTING DEPOSITIONS** was served to all counsel of record via the Court's CM/ECF system.

*/s/ Tamara L. Kapaloski*