**DICKINSON WRIGHT PLLC**
John L. Krieger
Nevada Bar No. 6023
Email: jkrieger@dickinson-wright.com
Tenesa S. Powell
Nevada Bar No. 12488
Email: tpowell@dickinson-wright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400

Steven A. Caloiaro
Nevada Bar No. 12344
Email: scaloiaro@dickinson-wright.com
100 West Liberty Street, Suite 940
Reno, NV 89501
Tel: (775) 343-7500

*Attorneys for Defendant/Counter-Claimant Swisstrax Corporation*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SNAP LOCK INDUSTRIES, INC., a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SWISSTRAX CORPORATION, a California corporation,<br><br>Defendant, | Case No: 2:17-cv-02742-RFB-BNW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND RESPONSE & REPLY DEADLINES TO PARTIES' MOTIONS**<br><br>**(FIRST REQUEST)** |
| SWISSTRAX CORPORATION, a California corporation,<br><br>Counter Claimant,<br><br>vs.<br><br>SNAP LOCK INDUSTRIES, INC., a Utah corporation,<br><br>Counter Defendant. | |



1

Defendant/Counter-Claimant Swisstrax Corporation ("Swisstrax") and Plaintiff/Counter-Defendant Snap Lock Industries, Inc. ("Snap Lock") (collectively, "Parties"), through their undersigned counsel, hereby jointly submit this Stipulation addressing a briefing schedule for recently filed motions.

Currently pending before this Court are the following motions:

1. Swisstrax's Motion to Exclude the Reports and Testimony of Fred P. Smith (ECF No. 164);
2. Snap Lock's Motion for Summary by Judgment (ECF No. 166);
3. Swisstrax's Motion to Exclude the Testimony and Reports of Scott Cragun (ECF No. 170);
4. Swisstrax's Motion for Partial Summary Judgment re Contract Vagueness (ECF No. 174);
5. Swisstrax's Motion for Summary Judgment on Snap Lock's False Advertising Claim (ECF No. 177);
6. Swisstrax's Motion for Partial Summary Judgment on Snap Lock's Breach of Contract Claim, Namely Marketing Not Covered by the 2008 Settlement (ECF No. 178); and
7. Swisstrax's Motion for Partial Summary Judgment *re Damages* (ECF No. 182).

All of these motions were filed on Monday, July 27, 2020. Swisstrax also filed its Motion for Sanctions for Spoliation of Evidence on July 30, 2020 (ECF No. 188).

Given the number of pending motions, the Parties recognize that they need additional time for briefing beyond that set out in the Local Rules so as to have an adequate opportunity to thoroughly respond to each.

IT IS STIPULATED that the oppositions to ECF Nos. 164, 166, 170, 174, 177, 178, and 182 will be due on or before **August 31, 2020**;

IT IS FURTHER STIPULATED that the replies in support of Nos. 164, 166, 170, 174, 177, 178, and 182 will be due on or before **September 30, 2020**;

IT IS FURTHER STIPULATED that Snap Lock will have until **September 30, 2020**, to respond to ECF No. 188. Swisstrax will have until **October 12, 2020**, to file its reply.

This is the first request to extend these deadlines and is not brought for purposes of undue delay.

IT IS SO STIPULATED.

Dated this 31st day of July, 2020.

| DICKINSON WRIGHT PLLC | DORSEY & WHITNEY LLP |
|---|---|
| /s/ John L. Krieger | /s/ Brett L. Foster |
| JOHN L. KRIEGER | BRETT L. FOSTER (*Pro Hac Vice*) |
| Nevada Bar No. 6023 | Email: foster.brett@dorsey.com |
| TENESA S. POWELL | TAMARA L. KAPALOSKI (*Pro Hac Vice*) |
| Nevada Bar No. 12488 | Email: kapaloski.tammy@dorsey.com |
| 3883 Howard Hughes Parkway, Suite 800 | 111 S. Main Street, Suite 2100 |
| Las Vegas, Nevada 89169 | Salt Lake City, UT 84111-2176 |
| Tel: (702) 550-4400 | |
| | J. STEPHEN PEEK |
| STEVEN A. CALOIARO | Email: speek@hollandhart.com |
| Nevada Bar No. 12344 | HOLLAND & HART LLP |
| Email: scaloiaro@dickinson-wright.com | 9555 Hillwood Drive, 2nd Floor |
| 100 West Liberty Street, Suite 940 | Las Vegas, NV 89134 |
| Reno, NV 89501 | |
| Tel: (775) 343-7500 | *Attorneys for Plaintiff/Counter-Defendant Snap Lock Industries* |
| *Attorneys for Defendant/Counter-Claimant Swisstrax Corporation* | |

**IT IS SO ORDERED:**

_____
The Honorable Richard F. Boulware
United States District Judge

DATED: __August 4, 2020._____



3