**DICKINSON WRIGHT PLLC**
John L. Krieger
Nevada Bar No. 6023
Email: jkrieger@dickinson-wright.com
Tenesa S. Powell
Nevada Bar No. 12488
Email: tpowell@dickinson-wright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400

Steven A. Caloiaro
Nevada Bar No. 12344
Email: scaloiaro@dickinson-wright.com
100 West Liberty Street, Suite 940
Reno, NV 89501
Tel: (775) 343-7500

*Attorneys for Defendant/Counter-Claimant*
*Swisstrax Corporation*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| SNAP LOCK INDUSTRIES, INC. a Utah corporation, | Case No: 2:17-cv-02742-RFB-BNW |
| Plaintiff/Counter-Defendant, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER** |
| vs. | |
| SWISSTRAX CORPORATION., a California corporation, | **(First Request)** |
| Defendant/Counter-Claimant | |
| SWISSTRAX CORPORATION, a California corporation, | |
| Counter Claimant, | |
| vs. | |
| SNAP LOCK INDUSTRIES, INC., a Utah corporation, | |
| Counter Defendant. | |

Defendant Swisstrax Corporation ("Swisstrax") and Plaintiff Snap Lock Industries, Inc. ("Snap Lock") (collectively, "Parties"), through their undersigned counsel, hereby respectfully jointly submit this Stipulation Regarding Joint Pretrial Order, and state as follows:

1.      On March 24, 2021, the Parties appeared at hearing regarding numerous motions.

2.      At the conclusion of the hearing, the Court ordered the Parties to file the Joint Pretrial Order in sixty (60) days, by May 24, 2021.

3.      The Court acknowledged this is a complex case with a large amount of discovery.

4.      The Parties are attempting to work together to determine exhibits, resolve objections, and reach stipulations to narrow the disputes for trial and for trial efficiency. Although the parties are making progress, they need a short extension to complete this task.

5.      Therefore, the Parties respectfully request an extension of time to file the Joint Pretrial Oder deadline to Friday, May 28, 2021.

6.      Good cause exists and the Parties are not seeking the extension for undue delay. Instead, this request is in an effort by the Parties to promote judicial economy and fully address anticipated trial disputes.

Dated this 24 day of May 2021.

| DICKINSON WRIGHT PLLC | DORSEY & WHITNEY LLP |
|---|---|
| _/s/_John L. Krieger_____ | _/s/ Tamara L. Kapaloski__ |
| John L. Krieger | Brett L. Foster |
| Steven A. Caloiaro | Tamara L. Kapaloski |
| Tenesa S. Powell | 111 South Main Street, Suite 2100 |
| 3883 Howard Hughes Pkwy., Suite 800 | Salt Lake City, UT 84111-2176 Telephone: |
| Las Vegas, NV 89169 | 801-933-4082 |
| Email: jkriger@dickinson-wright.com | Email:  foster.brett@dorsey.com |
| Email: scaloiaro@dickinson-wright.com | Email:  kapaloski.tammy@dorsey.com |
| Email: tpowell@dickinson-wright.com | |

## **ORDER**

**IT IS SO ORDERED:**



RICHARD F. BOULWARE, II
**United States District Court**
DATED this 24th day of May, 2021.

2



DICKINSON WRIGHT
ATTORNEYS AT LAW