**DICKINSON WRIGHT PLLC**
John L. Krieger
Nevada Bar No. 6023
Email: jkrieger@dickinson-wright.com
Tenesa S. Powell
Nevada Bar No. 12488
Email: tpowell@dickinson-wright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400

Steven A. Caloiaro
Nevada Bar No. 12344
Email: scaloiaro@dickinson-wright.com
100 West Liberty Street, Suite 940
Reno, NV 89501
Tel: (775) 343-7500

*Attorneys for Defendant/Counter-Claimant Swisstrax Corporation*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SNAP LOCK INDUSTRIES, INC. a Utah corporation,<br><br>Plaintiff/Counter-Defendant,<br><br>vs.<br><br>SWISSTRAX CORPORATION., a California corporation,<br><br>Defendant/Counter-Claimant | Case No: 2:17-cv-02742-RFB-BNW<br><br>**STIPULATION AND ORDER FOR ADDITIONAL TIME TO FILE RESPONSES TO MOTIONS (ECF Nos. 329, 331, 333, 334, 336, and 337)**<br><br>**(First Request)** |
| SWISSTRAX CORPORATION, a California corporation,<br><br>Counter Claimant,<br><br>vs.<br><br>SNAP LOCK INDUSTRIES, INC., a Utah corporation,<br><br>Counter Defendant. | |

1

Defendant Swisstrax Corporation ("Swisstrax") and Plaintiff Snap Lock Industries, Inc. ("Snap Lock") (collectively, "Parties"), through their undersigned counsel, hereby respectfully jointly submit this Stipulation regarding Motion papers, and state as follows:

1. Between May 18, 2021 and May 21, 2021, Snap Lock filed six motions. ("Filed Motions").

2. On May 18, 2021, Snap Lock filed a Motion to Dismiss for Lack of Standing Sufficient to Establish Subject Matter Jurisdiction (ECF No. 329) and a Motion to Seal (ECF No. 331).

3. On May 19, 2021, Snap Lock filed a Motion to Exclude Expert Testimony of Gregory A. Pinsonneault (ECF No. 333) and a Motion to Seal (ECF No. 334).

4. On May 21, 2021, Snap Lock filed a Motion to Revisit Summary Judgment Re No Secondary Meaning of Swisstrax's Alleged Diamondtread Mark (ECF No. 336) and a Motion to Seal (ECF No. 337).

5. No hearings have been set for the Filed Motions.

6. On May 24, 2021, the Parties filed a Stipulation and Proposed Order to Extend Time to File Joint Pretrial Order. The Parties are diligently working to complete the voluminous information to be addressed in the Joint Pretrial Order by the Friday, May 28, 2021 deadline.

7. The Monday following the Joint Pretrial Order deadline, May 31, 2021, is the Memorial Day Holiday.

8. As such, the Parties have agreed to extend the deadline by which Swisstrax needs to respond to each of the Filed Motions by an additional two (2) weeks, and allow Snap Lock two (2) weeks to respond on each of the reply briefs, if any.

IT IS STIPULATED that Swisstrax's response to ECF Nos. 329 and 331 will be due on or before June 15, 2021;

IT IS STIPULATED that Swisstrax's response to ECF Nos. 333 and 334 will be due on or before June 16, 2021;

IT IS STIPULATED that Swisstrax's response to ECF Nos. 336 and 337 will be due on or before June 18, 2021;

IT IS STIPULATED that Snap Lock's replies to ECF Nos. 329 and 331 will be due on or before June 29, 2021;

IT IS STIPULATED that Swisstrax's response to ECF Nos. 333 and 334 will be due on or before June 30, 2021;

IT IS STIPULATED that Snap Lock's replies to ECF Nos. 336 and 337 will be due on or before July 2, 2021;

This is the first request to extend these deadlines and is not brought for purposes of undue delay.

Dated this 28th day of May 2021.

| | |
|---|---|
| DICKINSON WRIGHT PLLC | DORSEY & WHITNEY LLP |
| /s/ John L. Krieger | /s/ Tamara L. Kapaloski |
| John L. Krieger | Brett L. Foster |
| Steven A. Caloiaro | Tamara L. Kapaloski |
| Tenesa S. Powell | 111 South Main Street, Suite 2100 |
| 3883 Howard Hughes Pkwy., Suite 800 | Salt Lake City, UT 84111-2176 |
| Las Vegas, NV 89169 | Telephone: 801-933-4082 |
| Email: jkriger@dickinson-wright.com | Email: foster.brett@dorsey.com |
| Email: scaloiaro@dickinson-wright.com | Email: kapaloski.tammy@dorsey.com |
| Email: tpowell@dickinson-wright.com | |

**ORDER**

**IT IS SO ORDERED:**

_____
The Hon. Brenda Weksler
United States Magistrate Judge

DATED: June 8, 2021



3